UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

CHAPTER 7
CASE NO. 09-11174 WCH

IN RE:                              )
                                    )
**EVAN R. HOORNEMAN,**              )
**MOLLIE M. HOORNEMAN**             )
                                    )
**Debtors**                         )

## DEBTOR'S MOTION TO REMOVE
## PETITION FROM PUBLIC VIEW

  Now come the above-named Debtors, by their attorney, and move that the Chapter 7 Petition be removed from public view. In support hereof, the undersigned states that the petition that was filed inadvertently contained the Debtors' complete social security number. To protect the privacy of the Debtors, it is requested that the petition be removed from public view. Debtors will file a replacement petition which is amended solely by replacing the social security number with the last four digits of same.

                **EVAN R. HOORNEMAN**
                **MOLLIE M. HOORNEMAN**
                By their attorney


                /s/ Brian D. Widegren
                BRIAN D. WIDEGREN
                72 Route 28 – Suite 6
                West Harwich, MA 02671
                (508) 432-2600
Dated: February 23, 2009       BBO# 527150

## CERTIFICATE OF SERVICE

      I hereby certify that that I have this date caused a copy of the attached Motion to be electronically transmitted to the following persons:

      Persons Served:    Warren Agin
                                    Chapter 7 Trustee

                                    Office of the U.S. Trustee

Dated: February 23, 2009                    /s/ Brian D. Widegren_____
                                                        BRIAN D. WIDEGREN
                                                        72 Route 28 – Suite 6
                                                        West Harwich, MA 02671
                                                         (508) 432-2600
                                                         BBO# 527150