UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

                                                                              **CHAPTER 7**
                                                                              **CASE NO. 09-11174 WCH**

**IN RE:**                                        )
                                                   )
**EVAN R. HOORNEMAN,**        )
**MOLLIE M. HOORNEMAN**      )
                                                   )
**Debtors**                              )

**DEBTOR'S MOTION TO REMOVE
PETITION FROM PUBLIC VIEW**

      Now come the above-named Debtors, by their attorney, and move that the Chapter 7 Petition be removed from public view. In support hereof, the undersigned states that the petition that was filed inadvertently contained the Debtors' complete social security number. To protect the privacy of the Debtors, it is requested that the petition be removed from public view. Debtors will file a replacement petition which is amended solely by replacing the social security number with the last four digits of same.

                                                             **EVAN R. HOORNEMAN**
                                                             **MOLLIE M. HOORNEMAN**
                                                             By their attorney


                                                             _/s/ Brian D. Widegren_
                                                             BRIAN D. WIDEGREN
                                                             72 Route 28 – Suite 6
                                                             West Harwich, MA 02671
                                                             (508) 432-2600
Dated: February 23, 2009                              BBO# 527150



2/23/2009 Granted.

## **CERTIFICATE OF SERVICE**

      I hereby certify that that I have this date caused a copy of the attached Motion to be electronically transmitted to the following persons:

Persons Served:    Warren Agin
                            Chapter 7 Trustee

                            Office of the U.S. Trustee


Dated: February 23, 2009          /s/ Brian D. Widegren
                                       BRIAN D. WIDEGREN
                                       72 Route 28 – Suite 6
                                       West Harwich, MA 02671
                                       (508) 432-2600
                                       BBO# 527150