UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

CHAPTER 7
CASE NO. 09-11174 WCH

IN RE:                              )
                                    )
EVAN R. HOORNEMAN,                  )
MOLLIE M. HOORNEMAN                 )
                                    )
**Debtors**                         )

DEBTOR'S MOTION TO REMOVE
PETITION FROM PUBLIC VIEW

    Now come the above-named Debtors, by their attorney, and move that the Chapter 7 Petition be removed from public view. In support hereof, the undersigned states that the petition that was filed inadvertently contained the Debtors' complete social security number. To protect the privacy of the Debtors, it is requested that the petition be removed from public view. Debtors will file a replacement petition which is amended solely by replacing the social security number with the last four digits of same.

    EVAN R. HOORNEMAN
MOLLIE M. HOORNEMAN
By their attorney


 /s/ Brian D. Widegren
BRIAN D. WIDEGREN
72 Route 28 – Suite 6
West Harwich, MA 02671
(508) 432-2600
Dated: February 23, 2009    BBO# 527150



2/23/2009 Granted.

## **CERTIFICATE OF SERVICE**

      I hereby certify that that I have this date caused a copy of the attached Motion to be electronically transmitted to the following persons:

      Persons Served:      Warren Agin
                              Chapter 7 Trustee

                              Office of the U.S. Trustee

Dated: February 23, 2009                /s/ Brian D. Widegren_____
                                              BRIAN D. WIDEGREN
                                              72 Route 28 – Suite 6
                                              West Harwich, MA 02671
                                              (508) 432-2600
                                              BBO# 527150

# CERTIFICATE OF NOTICE

```
District/off: 0101-1           User: jregan                 Page 1 of 1                   Date Rcvd: Feb 23, 2009
Case: 09-11174                 Form ID: pdf012              Total Served: 3

The following entities were served by first class mail on Feb 25, 2009.
db/jdb         Evan R Hoorneman,    Mollie M. Hoorneman,    9 Highland Avenue,    South Harwich, MA   02661
aty           +Brian D. Widegren,    Law Officeof Brian D. Widegren,    72 Route 28,    Suite 6,
               West Harwich, MA 02671-1112
tr            +Warren E. Agin,    Swiggart & Agin LLC,    197 Portland Street,    Fourth Floor,
               Boston, MA 02114-1720
The following entities were served by electronic transmission.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2009**                    **Signature:**    _Joseph Speetjens_